IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRENE BUTLER,

    Plaintiff,

v.

SIEMENS CORPORATION GROUP LIFE, DISABILITY INCOME, MEDICAL AND DENTAL PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

No. C 04-05321 WHA

**ORDER EXTENDING DEADLINE FOR MEDIATION**

The parties jointly request an extension of their deadline to complete mediation, currently June 6, 2005, until late July. The parties have also requested a continuance of the deadlines for the summary judgment motion, currently scheduled to be heard on July 14, 2005. Good cause having been shown, these requests are **GRANTED**. Counsel shall mediate this case to conclusion before **JULY 29, 2005**. Meanwhile, the "administrative record" and motion for summary judgment shall be filed by July 21, 2005, to be heard on **AUGUST 25, 2005**. Opposition and reply briefs shall be filed on August 4, 2005 and August 11, 2005, respectively.

The Court notes that this is the second extension requested. **NO FURTHER EXTENSIONS OF DEADLINES WILL BE GRANTED UNDER ANY CIRCUMSTANCES.**

**IT IS SO ORDERED.**

Dated: June 7, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE