IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRENE BUTLER,

    Plaintiff,

v.

SIEMENS CORPORATION GROUP LIFE, DISABILITY INCOME, MEDICAL AND DENTAL PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

No. C 04-05321 WHA

**ORDER REQUESTING STIPULATED DISMISSAL AND VACATING HEARING**

    The parties to this matter have indicated that a settlement was reached during the mediation session conducted on July 21, 2005. Accordingly, the parties are requested to submit a stipulated dismissal by **AUGUST 22, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file. The hearing scheduled for **AUGUST 25, 2005 AT 8:00 A.M.** is **VACATED**.

    **IT IS SO ORDERED.**

Dated: July 22, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE