| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Carolyn A. Knox (SBN 181317) |
| 2 | Krista L. Mitzel (SBN 221002) |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendants |
| | SIEMENS CORPORATION GROUP LIFE, |
| 6 | DISABILITY INCOME, MEDICAL AND |
| | DENTAL PLAN and LIFE INSURANCE |
| 7 | COMPANY OF NORTH AMERICA |
| 8 | OFFICES OF JOHN P. LYNCH |
| | John P. Lynch (SBN: 45543) |
| 9 | 214 Grant Avenue, Suite 301 |
| | San Francisco, California 94108 |
| 10 | Telephone: (415) 623-2410 |
| | Facsimile: (415) 623-3602 |
| 11 | |
| 12 | Attorney for Plaintiff |
| | IRENE BUTLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRENE BUTLER, | ) | Case No. C 04-5321 WHA |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. RULE 41(a), AND [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| SIEMENS CORPORATION GROUP LIFE, DISABILITY INCOME, MEDICAL AND DENTAL PLAN, AND LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

///

///

///

///

///

///

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE/Case No. C 04-5321 WHA

1  Plaintiff IRENE BUTLER ("Plaintiff") and Defendants SIEMENS CORPORATION
2  GROUP LIFE, DISABILITY INCOME, MEDICAL AND DENTAL PLAN ("the Plan") and
3  LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") have reached a resolution
4  of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to
5  Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.
6  The parties seek the Court's approval of dismissal of this action with prejudice through
7  the order listed *infra*.

8  DATED: July ___, 2005                     SEYFARTH SHAW LLP

10                                            By_____
                                                  Carolyn A. Knox
11                                                Krista L. Mitzel

12                                            Attorneys for Defendant
                                              SIEMENS CORPORATION GROUP LIFE,
13                                            DISABILITY INCOME, MEDICAL AND
                                              DENTAL PLAN and LIFE INSURANCE
14                                            COMPANY OF NORTH AMERICA

16  DATED: July 28, 2005                    LAW OFFICES OF JOHN P. LYNCH

18                                            By_____
                                                  John P. Lynch

19                                            Attorneys for Plaintiff
                                              IRENE BUTLER

21  **IT IS SO ORDERED.**

22  DATED: _____, 2005            By_____
                                              Judge William Alsup
23                                            United States District Court

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE/Case No. C 04-5321 WHA
SF1 28215953.1

1    Plaintiff IRENE BUTLER ("Plaintiff") and Defendants SIEMENS CORPORATION
2    GROUP LIFE, DISABILITY INCOME, MEDICAL AND DENTAL PLAN ("the Plan") and
3    LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") have reached a resolution
4    of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to
5    Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.
6        The parties seek the Court's approval of dismissal of this action with prejudice through
7    the order listed *infra*.

8    DATED: July 29, 2005                        SEYFARTH SHAW LLP

10                                               By_____
                                                    Carolyn A. Knox
11                                                  Krista L. Mitzel

12                                               Attorneys for Defendant
                                                 SIEMENS CORPORATION GROUP LIFE,
13                                               DISABILITY INCOME, MEDICAL AND
                                                 DENTAL PLAN and LIFE INSURANCE
14                                               COMPANY OF NORTH AMERICA

16   DATED: July ___, 2005                       LAW OFFICES OF JOHN P. LYNCH

18                                               By_____
                                                    John P. Lynch

19                                               Attorneys for Plaintiff
                                                 IRENE BUTLER

20   The Court retains no jurisdiction to enforce the settlement agreement.
21   **IT IS SO ORDERED.**
22   DATED: August 1, 2005       , 2005          By_____
                                                    Judge William Alsup
23                                                  United States District Court

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE/Case No. C 04-5321 WHA
SF1 28215953.1